```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03314
   JOANNE M SYMONIAK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3226
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/30/06 and confirmed on 05/24/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 97099.45 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WEST SUBURBAN BANK | CURRENT MORTG | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 5385.18 | .00 | 1487.29 |
| DISCOVER BANK | UNSECURED | 10396.59 | .00 | 2871.35 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 678.99 | .00 | 187.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7428.77 | .00 | 2051.69 |
| ECAST SETTLEMENT CORP | UNSECURED | 61.54 | .00 | 17.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2917.35 | .00 | 805.72 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14871.57 | .00 | 4107.25 |
| ROUNDUP FUNDING LLC | UNSECURED | 4176.37 | .00 | 1153.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10114.82 | .00 | 2793.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1320.12 | .00 | 364.59 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 57351.30 | .00 | 57351.30 |
| PRINCIPAL PAID | .00 | .00 | 15839.38 | .00 | 15839.38 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 15839.38 | .00 | 15839.38 |

The Debtor's attorney, JOHN C DENT                      , was allowed $   3000.00
and was paid $    350.00   direct and $   2650.00   through the plan.

The Trustee received $     542.62 .

Refunds to the Debtor totaled $   78067.45 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/10/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```